UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:22-mj-03468 Damian

UNITED STATES OF AMERICA

v.

GABRIEL DIONICIO WELLINGSTON-GARTH
and MOISES ADON FAJERDO-PENA,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014? (Mag. Judge Shaniek Maynard)? ___ Yes _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *s/ Yvonne Rodriguez-Schack*
    Yvonne Rodriguez-Schack
    Assistant United States Attorney
    Florida Bar No.: 794686
    99 NE 4th Street, 7th Floor
    Miami, Florida 33132
    Tel: (305) 961-9014
    Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GABRIEL DIONICIO WELLINGSTON-GARTH<br>and MOISES ADON FAJERDO-PENA,<br><br>_Defendant(s)_ | Case No. 1:22-mj-03468 Damian |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __August 15, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(2)(G), it is further alleged that this violation involved one hundred (100) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

DEA SA Alexis De Los Santos
_Printed name and title_

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: __8/30/2022__

_Judge's signature_

City and state: Miami, Florida          Hon. Melissa Damian, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Alexis De Los Santos, being first duly sworn, do depose and states:

1. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), United States Department of Justice, and a Detective with the Miccosukee Tribal Police Department, and have been so employed since 2015. I am presently assigned to the DEA Miami Field Division where I conduct narcotics distribution and smuggling investigations. As a TFO with the DEA, I have participated in numerous narcotics investigations involving physical and electronic surveillance; execution of search and arrest warrants; the control and administration of confidential sources; international drug importations; and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous narcotics traffickers.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18 of the United States Code, I am empowered by law to conduct investigations of, and to make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

3. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against GABRIEL DIONICIO WELLINGSTON-GARTH and MOISES ADON FAJERDO-PENA for knowing and willfully conspiring to possess with intent to distribute marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as, information obtained from other law enforcement personnel.

4.	On August 15, 2022, while on patrol in the Eastern Pacific, United States Coast Guard (USCG) Cutter VIGOROUS detected a go-fast vessel (GFV) approximately 80 nautical miles South of Isla Malpelo, Colombia in international waters. The VIGOROUS requested assistance from a Marine Patrol Aircraft (MPA) in order to investigate. The VIGOROUS subsequently lost visual and radar contact on the GFV. The MPA was able to locate the GFV and observed the GFV had excessive amounts of fuel barrels visible on the deck. The MPA crew then observed the crew of the GFV stop and placed a tarp over the deck covering the fuel barrels. The VIGOROUS launched both a smaller boat and their helicopter in order to intercept and investigate. When the USCG boarding team arrived at the GFV, they took control of the GFV without the use of force.

5.	The USCG boarding team observed the GFV had an open top hull, outboard engines, fuel barrels, and numerous bales consistent with contraband on deck, and two (2) individuals on board. The boarding team spoke to the two crewmembers who identified themselves as GABRIEL DIONICIO WELLINGSTON-GARTH and MOISES ADON FAJERDO-PENA and stated they were Nicaraguan citizens. Neither made a claim of nationality for the GFV. The boarding team observed that the GFV displayed the name "DIOS YEL TIEMPO" and had a registration number, but it was inconsistent with any known formats. The boarding team also observed that the GFV did not display a home port, but did have painted marks of blue, white, red, white and blue on the GFV. The colors and pattern of the stripes is similar to the Costa Rican flag, therefore, the United States contacted the Government of Costa Rican. The Government of Costa Rican responded they could neither confirm nor deny nationality of the vessel, therefore, the vessel was treated as a vessel without nationality and subject to the jurisdiction of the United States. A full law enforcement board followed.

6. The USCG boarding team recovered numerous bales. The boarding team conducted two field test on the content of the bales which provided a positive result for marijuana. The approximate weight seized is 570 kilograms of marijuana. Both individuals along with the bales of marijuana were subsequently transferred on board the VIGOROUS. The GFV was later sunk as a hazard to navigation.

7. On August 30, 2022, GABRIEL DIONICIO WELLINGSTON-GARTH and MOISES ADON FAJERDO PENA were brought to the Southern District of Florida where custody of them was transfer to United States law enforcement.

8. Based on the foregoing facts, I submit that probable cause exists to believe that GABRIEL DIONICIO WELLINGSTON-GARTH and MOISES ADON FAJERDO-PENA, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

Alexis De Los Santos
Task Force Officer
Drug Enforcement Administration

Attested to by the Affiant in accordance with the Requirements of Fed.R.Crim.P.4.1 by FaceTime this 30st day of August, 2022.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

3